# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 25-CR-151**

**TERRION L. WITHERS,**

**Defendant.**

---

## REPORT AND RECOMMENDATION

---

On October 14, 2026, defendant Terrion L. Withers appeared before me pursuant to Federal Rule of Criminal Procedure 11. Withers entered a plea of guilty to Counts One and Two of the Information.

After cautioning and examining Withers under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the offenses charged are supported by independent factual bases containing each of the essential elements of the offenses.

**NOW, THEREFORE, IT IS RECOMMENDED** that Withers' plea of guilty be accepted; that a presentence investigation and report be prepared; and that Withers be adjudicated guilty and have sentence imposed accordingly.

The parties agree to waive the period for objections pursuant to General L.R. 72(c), 28 U.S.C. § 636(b)(1)(B) and Federal Rules of Criminal Procedure 59(b) and request that the Court accepts Withers' guilty plea to Counts One and Two of the Information immediately.

Dated at Milwaukee, Wisconsin this 14th day of October, 2026.

BY THE COURT

________________________________
NANCY JOSEPH
United States Magistrate Judge