# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

TERRION L. WITHERS,

Defendant.

Case No. 25-CR-151-2-JPS

**ORDER**

On August 12, 2025, the grand jury returned a two-count Indictment as to the Defendant, charging the Defendant with violations of 18 U.S.C. §§ 2119(1) and 2(a); and 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2(a). ECF No. 11. The government then filed a two-count Superseding Information on September 23, 2026, charging Defendant with the same violations. ECF No. 69. On October 14, 2026, the parties filed a plea agreement indicating that the Defendant agreed to plead guilty to the Counts One and Two set forth in the Superseding Information. ECF No. 77.

The parties appeared before Magistrate Judge Nancy Joseph on October 14, 2026 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 78. Defendant entered a plea of guilty as to Counts One and Two of the Information. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. *Id.*; ECF No. 80.

On October 14, 2026, Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea

of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 80. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* The parties agreed to waive the deadline for objections to the Report and Recommendation. The Court has considered Magistrate Judge Joseph's recommendation and, the objections thereto being waived, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation, ECF No. 80, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 15th day of October, 2026.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge